UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLAN W. KING,<br><br>                          *Plaintiff*,<br>-against-<br><br>CSX TRANSPORTATION, INC.,<br>                          *Defendant*. | Civil Action No. 1:19-CV-1537<br>[FJS/DJS]<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by undersigned counsel, stipulate to the dismissal of this action, with prejudice, each part to pay its own costs and fees.

Respectfully submitted:

BURNS WHITE LLC

By: /s/ TH Lyda
T.H. Lyda, Esquire
48 26th Street
Pittsburgh, PA 15222
Phone: 412-995-3000
Facsimile: 412-995-3300
thlyda@burnswhite.com

By: /s/ P. Matthew Darby
P. Matthew Darby, Esquire
Darby Law Group, LLC
201 International Circle
Suite 230
Hunt Valley, MD 21030
Phone: 301-668-2100
Email: matt@darby-lawgroup.com

Dated: December 30, 2021

It is SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: January 4, 2022